UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

William B. Danzell

    V.                              CA 10-402

Nestor, Inc.

ORDER

The above-captioned case is hereby transferred to the calendar of Chief Judge Mary M. Lisi as it is related to CA 09-142ML.

SO ORDERED:

*[signature]*

William E. Smith
United States District Judge
October 6, 2010