UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM B. DANZELL,<br>        *Plaintiff,*<br><br>vs.<br><br>NESTOR, INC.,<br>        *Defendant.* | C.A. NO. 10-402ML |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment shall enter for the plaintiff, William B. Danzell in the amount of Six Hundred Twenty Four Thousand Nine Hundred Ninety-Nine Dollars and Sixty Cents ($624,999.60), representing the remaining salary on plaintiff's employment contract and the automatic renewal. Interest of Thirty Eight Thousand Two Hundred Nineteen Dollars and Fifteen Cents ($38,219.15) shall be added, calculated from September 28, 2010, the date when the Complaint was filed at 12 % per annum, to April 1, 2011, making the total amount Six Hundred Sixty Three Thousand Two Hundred Eighteen Dollars and Seventy Five Cents ($663,218.75).

ENTERED:

*/s/ Mary M. Lisi*
Judge Mary Lisi

DATED: April 5, 2011